**CLAYEO C. ARNOLD**
**A Professional Corporation**
Clayeo C. Arnold, SBN 65070
Clifford L. Carter, SBN 149621
Kirk J. Wolden, SBN 138902
608 University Avenue
Sacramento, CA 95825
Telephone (916) 924-3100
Fax (916) 924-1829
Email clay@ccalawcorp.com
cliff@ccalawcorp.com
kirk@ccalawcorp.com

Rodney A. Klein, SBN 035541
Lawrence S. Paikoff, M.D., J.D., SBN 191732
2300 Bell Executive Lane
Sacramento, CA 95825
Telephone (916) 929-6000
Fax (916) 929-5137
Email info@klein-paikoff-law.com

**Attorneys for Plaintiff**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) Master Docket No. M:05-CV-01966-CRB ) ) ) MDL Docket No. 1699 |
| This document relates to: | ) District Judge: Charles R. Breyer ) |
| BARBARA HACKER, | ) Case No.: 3:06-cv-03125-CRB |
| Plaintiff, | ) ) **STIPULATION AND ORDER OF** |
| vs. | ) **DISMISSAL WITH PREJUDICE** |
| PFIZER, INC., a Delaware Corporation; PHARMACIA & UPJOHN, INC. a/k/a PHARMACIA & UPJOHN COMPANY, a New Jersey Corporation; MCKESSON CORPORATION, | ) ) ) ) ) |
| Defendants. | ) ) |

1

Come now Plaintiff, BARBARA HACKER, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

Dated: _____, 2009

CLAYEO C. ARNOLD
A Professional Law Corporation

By: _____
KIRK J. WOLDEN
Attorneys for Plaintiff

Dated: __11/12__, 2009

DLA PIPER LLP (US)

By: _____
1251 Avenue of the Americas
New York, NY 10020
Tel:  (212) 335-4500
Fax:  (212) 335-4501
Defendant's Liaison Counsel

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: NOV 1 3 2009

_____
Honorable Charles R. Breyer
United States District Court

2